**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6895

In the Matter of   Case Number:

RROBERT CLARK, professionally known as ROBERT INDIANA; and SHEARBROOK (U.S.) LLC, a New York LLC,

v.

THOMAS DE DONCKER, d/b/a THE CHICAGO )
ART AUCTION LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Clark, professionally known as Robert Indiana, and Shearbrook (U.S.) LLC

JUDGE ZAGEL
MAGISTRATE JUDGE MASON

| | |
|---|---|
| NAME (Type or print) William T. McGrath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ William T. McGrath | |
| FIRM Davis McGrath LLC | |
| STREET ADDRESS 125 S. Wacker Drive, Suite 1700 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1843567 | TELEPHONE NUMBER (312) 332-3033 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |