IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CLARK, professionally known as ROBERT INDIANA; and SHEARBROOK (U.S.) LLC, a New York LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS DE DONCKER, and THE CHICAGO ART AUCTION LLC, and Illinois LLC.<br>　　　　　Defendant. | No. 07 C6895<br><br>Judge Zagel<br><br>Magistrate Judge Mason |

**EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, ROBERT CLARK, professionally known as ROBERT INDIANA ("Robert Indiana") and SHEARBROOK (U.S.) LLC ("Shearbrook"), hereby move for a Temporary Restraining Order and Preliminary Injunction enjoining Defendants THOMAS DE DONCKER ("De Doncker"), and THE CHICAGO ART AUCTION LLC ("Chicago Art Auction") from advertising, selling, offering for sale, auctioning, or in ay way transferring possession of a sculpture identified as Lot 288. In support of this Motion, Plaintiff states as follows:

1. Robert Indiana is a well-known artist and sculptor currently residing in the state of Maine. He is the creator of one of the most famous and well-known images in the history of modern U.S. art. This sculpture is known as "LOVE". A photograph of the LOVE sculpture is seen below:



2. The LOVE sculpture is created under the authorization of Robert Indiana in limited editions, numbered and signed by Indiana.

3. Defendant Thomas De Doncker, is the owner and founder of The Chicago Art Auction, located at 740 N. Ogden Avenue, Chicago, Illinois. The Chicago Art Auction is an LLC organized and operating under the laws of the State of Illinois.

4. Robert Indiana is generally recognized as one of the leading artists of the "Pop art" movement. The LOVE sculpture is his best known work. Authentic, signed versions of the LOVE sculpture have been installed in various museums, public parks, and campuses in various places in the United States, including the Indianapolis Museum of Art, the New Orleans Museum of Art, LOVE Park in Philadelphia, Middlebury College Campus and University of Pennsylvania Campus among others.

5. Outside the United States, authentic versions of Indiana's LOVE sculpture have been installed in Taiwan, Japan, Singapore, Spain, and Canada.

6. Defendants De Doncker and Chicago Art Auction are in the business of holding auctions for various items of fine art.

7. Defendants have announced that on December 9, 2007 they will present an auction of numerous pieces of fine art in Chicago, Illinois.

8. Among the pieces identified as being presented for sale at the auction is Lot 288, which purports to be a LOVE sculpture by Robert Indiana. A copy of the homepage of defendants' website showing Lot 288 is attached as Exhibit A.

9. A copy of the catalog entry for Lot 288 from Defendants' website for the items to be auctioned on December 9, 2007 by defendants is attached as Exhibit B.

10. The sculpture identified by Defendants as being a work of art by Robert Indiana is a forgery. It was not created by Indiana or Indiana's authorized fabricator, and it has never been authorized by Indiana or any authorized representative of Indiana.

11. Robert Indiana's exclusive fabricator for any version of his LOVE sculpture is Milgo/Bufkin of Brooklyn, New York ("Milgo").

12. The sculpture being offered at auction by Defendants was not fabricated by Milgo and is not an authentic Robert Indiana sculpture.

13. The sculpture being offered at auction by Defendants bears a signature which is not the authorized signature of Robert Indiana.

14. The sculpture being offered at auction by Defendants bears the false marking, "1966-2000 R. Indiana 2/6".

15. The catalog for the auction contains the false statement that the sculpture offered at auction as Lot 288 is by Robert Indiana and was "conceived in 1966 and executed in 2000; number two from an edition of six."

16. Plaintiffs will present in court the declaration of William Soghor of Milgo. This Milgo is the exclusion authorized fabricator of the LOVE sculpture and has been for over 10 years. Lot 288 was not fabricated by the Milgo studio. This declaration describes in detail the evidence establishing that the sculpture being offered as Lot 288 is a forgery.

17. Defendants' advertising and offering to sell Lot 288 as an authentic Robert Indiana sculpture is a false description of origin and is likely to cause confusion, mistake, or deception as to the source or origin of the goods offered for sale as Lot 288 at the auction. This conduct violates §43(a) of the Lanham Act, 15 U.S.C. §1125(a), and will cause immediate and irreparable harm to the Plaintiffs.

18. Defendants' conduct constitutes an infringement of Robert Indiana's right of attribution provided by the Visual Artists Rights Act, 17 U.S.C. §106A. Any sale or auction or transfer of Lot 288 will cause immediate and irreparable harm to Plaintiffs.

19. A temporary restraining order or preliminary injunction is necessary to prevent an unauthorized and forged sculpture from entering the stream of commerce. Because the auction is scheduled to occur on Sunday, December 9, 2007, a temporary restraining order is warranted due to the imminent sale of the forged artwork. If the auction of Lot 288 is allowed to occur on December 9, 2007, the injury will be irreparable.

20. There is a likelihood that Plaintiffs will succeed on the merits of the claim under both the VARA claim and the Lanham Act claim.

21.     The public interest will be served by a temporary restraining order by preventing an unauthorized and forged work to be sold at auction to the public.

22.     The balance of harms also favors issuance of a temporary restraining order since Robert Indiana's right of attribution will be irretrievably violated if Lot 288 is allowed to be sold. No permanent harm will be suffered by defendants if Lot 288 is held out of the present auction until the respective rights of the parties are resolved by way of further proceedings.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court grant it a temporary restraining order and preliminary injunction enjoining Defendants, until further order of this Court, from:

1.      Defendants Thomas De Doncker and The Chicago Art Auction LLC will withdraw the LOVE sculpture identified as Lot 288 (hereinafter "Lot 288") from the auction to be conducted by the defendants on December 9, 2007, and will not advertise, sell or offer to sell or auction Lot 288 until further order of this court.

2.      Defendants will not transfer possession of Lot 288 to any third-party and will not return Lot 288 to the consigner until further order of this court.

Respectfully submitted,

ROBERT INDIANA and
SHEARBROOK (U.S.) LLC

Dated: December 7, 2007        By:     _____
                                        William T. McGrath, ARDC# 1843567
                                        Davis McGrath LLC
                                        125 South Wacker Drive
                                        Suite 1700
                                        Chicago, Illinois  60606
                                        T: (312) 332-3033
                                        F: (312) 332-6376

                                        Attorneys for Plaintiffs

5