Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6895 | DATE | 12/7/2007 |
| CASE TITLE | ROBERT CLARK vs. THOMAS DE DONCKER, ET AL | | |

**DOCKET ENTRY TEXT**

Emergency motion for temporary restraining order and preliminary injunction is denied as moot. Enter order on agreement of the parties.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|