IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT CLARK, professionally known as ROBERT INDIANA; and SHEARBROOK (U.S.) LLC, a New York LLC,<br>            Plaintiff,<br><br>v.<br><br>THOMAS DE DONCKER, and THE CHICAGO ART AUCTION LLC, and Illinois LLC.<br>            Defendant. | No.   07 C 6895<br><br>Judge Zagel<br><br>Magistrate Judge Mason |

## ORDER

Plaintiffs have filed a Motion for Temporary Restraining Order and Preliminary Injunction. On agreement of the parties, it is ordered that:

1. Defendants Thomas De Doncker and The Chicago Art Auction LLC will withdraw the LOVE sculpture identified as Lot 288 (hereinafter "Lot 288") from the auction to be conducted by the defendants on December 9, 2007, and will not advertise, sell or offer to sell or auction Lot 288 until further order of this court.

2. Defendants will not transfer possession of Lot 288 to any third-party and will not return Lot 288 to the consigner until further order of this court.

Dated: December 7, 2007

_____
United States District Judge