IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT CLARK, professionally known as ROBERT INDIANA; and SHEARBROOK (U.S.) LLC, a New York LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   07 C 6895 |
| THOMAS DE DONCKER, and THE CHICAGO ART AUCTION LLC, and Illinois LLC. | ) ) | Judge Zagel |
| Defendant. | ) ) | Magistrate Judge Mason |

## NOTICE OF DISMISSAL

Plaintiff, ROBERT CLARK, professionally known as ROBERT INDIANA; and SHEARBROOK (U.S.) LLC, a New York LLC, file this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  The adverse party has not served an answer or a motion for summary judgment as of the time of this writing.

                                             Respectfully submitted,

                                             ROBERT INDIANA and
                                             SHEARBROOK (U.S.) LLC

Dated: April 17, 2008                By:   /s/ William T. McGrath

                                             William T. McGrath
                                           Davis McGrath LLC
                                           125 South Wacker Drive
                                           Suite 1700
                                           Chicago, Illinois  60606
                                           T: (312) 332-3033
                                           F: (312) 332-6376
                                           Attorney for Plaintiffs